1  STEVEN T. GUBNER – Bar No. 156593
   JASON B. KOMORSKY – Bar No. 155677
2  JESSICA L. BAGDANOV – Bar No. 281020
   ASHLEY M. TEESDALE – Bar No. 289919
3  BG LAW LLP
   21650 Oxnard Street, Suite 500
4  Woodland Hills, CA 91367
   Telephone:  (818) 827-9000
5  Facsimile:  (818) 827-9099
   Email:      sgubner@bg.law
6              jkomorsky@bg.law
               jbagdanov@bg.law
7              ateesdale@bg.law

8  Attorneys for Plaintiff

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

               **LOS ANGELES DIVISION**
11

12 | In re | Bankr. Case No. 2:22-bk-16483-WB |

13 | METALLIC BLUE DEVELOPMENT LLC, | Chapter 7 |

14 | Debtor. | Adv. Case No. _____ |

15

16 | ALL CLAIMS RECOVERY GROUP LLC, a California limited liability company, | COMPLAINT |

17

18 | Plaintiff, |

19 | v. |

20 SHAOUL AMAR, an individual; BILLIONAIRE
   BUSINESS JETS, LLC; SHUKI
21 INTERNATIONAL, INC., a Delaware
   corporation; J & S REAL ESTATE
22 INVESTMENTS, INC., a California
   Corporation; SMART ATTORNEYS INC., a
23 California corporation; UNIVERSE INC., a
   California corporation; DAW REAL ESTATE,
24 INC.; LESLIE RICHARDS, an individual,

25

26 Defendants.

27

28         Plaintiff All Claims Recovery Group LLC ("Plaintiff"), in its own right and on behalf of the

   bankruptcy estate (the "Estate") of Metallic Blue Development LLC (the "Debtor"), complaining of

                                        1

defendants Shaoul Amar, Billionaire Business Jets, Shuki International, Inc., J & S Real Estate Investments Inc., Smart Attorneys Inc., Universe Inc., DAW Real Estate Inc., and Leslie Richards (collectively, the "Defendants"), alleges as follows:

**NATURE OF ACTION**

1.      This is an adversary proceeding brought pursuant to Part VII of the Federal Rules of Bankruptcy Procedure to recover certain transfers made by the Debtor to the Defendants and related relief.

2.      Plaintiff is informed and believes, and based thereon alleges, that Defendants received transfers from the Debtor as detailed in the attached Exhibits 1, 2, 3, 4, 5, and 6 and further described below (the "Transfers"). In exchange for the Transfers, the Defendants did not provide any benefit to the Debtor; to the extent that services were provided in exchange for these transfers, that the services benefitted a third party and not the Debtor. Therefore, Debtor did not receive reasonably equivalent consideration for the Transfers.

3.      In the alternative, Plaintiff asserts that to the extent that certain of the Defendants received transfers within the 90-days preceding the Petition Date (or, if that Defendant is determined to be an insider, within the one-year preceding the Petition Date), those transfers were made to a creditor on account of an antecedent debt and permitted the recipient to receive more than they would have in a chapter 7 liquidation, and as such, these transfers are avoidable as preferential transfers.

4.      Plaintiff seeks entry of a judgment avoiding the transfers at issue pursuant to 11 U.S.C. §§ 544, 547, and/or 548 and recovering the Transfers pursuant to 11 U.S.C. § 550, and disallowing any claim of the Defendants, including pursuant to 11 U.S.C. § 502(d), until Defendants pay the transfers at issue in full to the Plaintiff.

5.      To the extent that any of the Defendants has filed a proof of claim or has a claim listed on Debtor's schedules as undisputed, liquidated and non-contingent, or has otherwise requested payment from Debtor (collectively, the "Claims"), this Complaint is not intended to be, nor should it be construed as, a waiver of the Estate's right to object to such Claims for any reason, including, but not limited to any grounds set forth in Sections 502(a) through (j) ("Section 502") of

Title 11 of the United States Code (the "Bankruptcy Code"), and such rights are expressly reserved. Notwithstanding the reservation of rights set forth above, certain relief pursuant to Section 502 is sought by the Plaintiff herein as further stated below.

## STATEMENT OF JURISDICTION, VENUE AND PROCEEDINGS

1.    The Bankruptcy Court ("Court") has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 151, 157 and 1334.  This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (E), and (O).

2.    Venue properly lies in this judicial district in that the civil proceeding arises under title 11 of the United States Code as provided in 28 U.S.C. §§ 1408 and 1409.

3.    This adversary proceeding arises out of the Debtor's bankruptcy case. The Court has constitutional jurisdiction to enter a final judgment in this adversary proceeding.  To the extent the Court does not have constitutional jurisdiction to enter a final judgment, the Trustee consents to the Court entering a final judgment in this proceeding.

## THE PARTIES

4.    Plaintiff All Claims Recovery Group LLC is a California limited liability company and is the designee of Blue Orchid Concepts LLC ("Blue Orchid"). As Blue Orchid's designee, and as described herein, Plaintiff has standing to prosecute any and all claims belonging to the bankruptcy estate of the Debtor by virtue of 11 U.S.C. § 541.

5.    Defendant Billionaire Business Jets ("BBJ") is a Nevada limited liability company formed on or about April 18, 2002, and registered in California on or about July 7, 2005.

6.    Defendant Shuki International, Inc. ("Shuki Inc") is a Delaware corporation registered in California on or about April 3, 2023.

7.    Defendant J&S Real Estate Investments Inc. ("J&S") is a California corporation, and at all relevant times, was doing business in the Central District of California.

8.    Defendant Smart Attorneys Inc. ("Smart Attorneys") is a California corporation formed on or about August 10, 2017.

9.    Defendant Universe Inc. ("Universe") is a California corporation formed on or about April 12, 2013.

10.     Defendant DAW Real Estate Inc. ("DAW," and to) is a California corporation, incorporated on or about May 24, 2018 with its principal place of business presently located at 4538 Kingswell Avenue, Los Angeles, California 90021. BBJ, Shuki Inc., J&S, Smart Attorneys, Universe, and DAW are the "Entity Defendants."

11.     Defendant Shaoul Amar ("Mr. Amar") is an individual who regularly conducts business in the Central District of California. At all relevant times, J&S was owned by Mr. Amar. Therefore, on information and belief, the Plaintiff asserts Mr. Amar controlled J&S and to some degree the other Entity Defendants, and received the benefit of funds provided to those entities.

12.     Defendant Leslie Richards ("Ms. Richards") is an individual who regularly conducts business in the Central District of California. Ms. Richards is the Chief Executive Officer, Secretary, and/or Chief Financial Officer for DAW, Smart Attorneys, and Shuki International, and therefore, on information and belief, the Plaintiff asserts Ms. Richards controlled those entities and received the benefit of funds provided to those entities.

13.     BBJ, Shuki Inc., J&S, Smart Attorneys, Universe, DAW, Mr. Amar, and Ms. Richards are collectively the "Defendants."

## GENERAL ALLEGATIONS

### A.  Procedural Background

14.    On November 28, 2022 (the "Petition Date"), a chapter 7 involuntary petition was filed against Metallic Blue Development LLC (the "Debtor") by Blue Orchid Concepts LLC or its designee ("Blue Orchid") and the other petitioning creditors John Gonda, Pauline Poon, Vijay A. Vakulabharanam, Satish Nair, Steve Ng, and Phoebe Ng.

15.    On February 1, 2023, the order for relief ("Order for Relief") against the Debtor was entered, and on February 7, 2023, Timothy J. Yoo was duly appointed as chapter 7 trustee (the "Trustee"), in which capacity he continues to serve.

### B.  Historical Background

16.    The Debtor was formed in 2018 as a California limited liability company managed by Brian Dozier. The Debtor operated as a real estate investment and development company. Its

1  business model was to manage the purchase, renovation or repositioning, and sale of real property in

2  Southern California.

3      17.    In total, the Debtor invested in or managed over 30 separate real estate projects. In a

4  few instances the Debtor held title to the real property in its own name, but in most cases title was

5  held in the name of a related or affiliated entity and the Debtor acted as manager or held some

6  ownership interest in the title-holder.

7      18.    To fund its business, the Debtor relied upon investors, which consisted primarily of

8  several hundred "mom-and-pop" individuals who provided millions of dollars of funding to the

9  Debtor by entering into standard template investment agreements that typically promised an

10  approximate 15% return on investment within one year. Often these agreements promised profits

11  from specific properties. Profits from various real estate projects were either paid out to investors or

12  rolled forward into new projects. The Debtor's investor relations were managed by Scoutpads, LLC

13  ("Scoutpads") from 2018 and onward.

14      19.    Unbeknownst to Scoutpads, when the Debtor received these loans, as a matter of course

15  it would promptly transfer the funds to other entities, use the funds to purchase properties or options

16  to purchase properties in the name of entities that were not owned by the Debtor, or otherwise

17  disburse the funds without receiving reasonably equivalent value in return. In other words, the

18  Debtor would accept funds from a lender and then immediately or shortly thereafter transfer the loan

19  monies while retaining the debt obligation. As a result, the Debtor's liabilities exceeded its assets as

20  a matter of course, as such the Debtor was insolvent at all times relevant to this Complaint.

21      20.    Beginning in or around late 2021, the Debtor's pattern of funding projects and

22  communicating regarding progress of such projects noticeably changed. In particular, the Debtor

23  ceased communications with Scoutpads, which prevented Scoutpads from effectively

24  communicating with the Debtor's investors on its behalf.

25      21.    In mid-2022, the Debtor stopped responding to investor inquiries and requests for

26  repayment on debts due and owing as well as requests for simple status updates on individual

27  investments. In turn, Scoutpads received numerous complaints from investors regarding the

28  Debtor's—specifically Brian Dozier's—complete and utter failure to communicate with investors.

22.    The Debtor also stopped paying Scoutpads, and as of the Petition Date, Scoutpads was (and remains) owed over $3.5 million on account of investor relations work it performed for the Debtor.

23.    During this time, multiple of the Debtor's investment properties had been foreclosed upon or had been involved in bankruptcy proceedings, but the Debtor had not advised any of the relevant investors of these material updates impacting their investments. Specifically, no less than four bankruptcy cases were commenced related to properties where the Debtor had an ownership interest or was acting as manager. The Debtor employed the same attorney in the majority of these bankruptcy cases, and appears to have filed these cases as tactics to delay the respective secured creditors' inevitable collection efforts, as follows:

- *In re Sashay Sand LLC,* 2:22-bk-14332-WB (C.D. Cal.) (dismissed with a 180-day bar to refiling)

- *In re Strategic Equity Investors, LLC,* 2:22-bk-14746-BB (C.D. Cal.) (dismissed voluntarily by debtor because creditor obtained relief from the automatic stay)

- *In re Coin Connect, LLC,* 2:22-bk-13208-NB (C.D. Cal.) (dismissed for debtor's failure to participate in bankruptcy case)

- *In re Thompson Falls, LLC,* 2:23-bk-11092-DS (C.D. Cal.) (dismissed for debtor's failure to appear at 341(a) hearing)

24.    In fact, as of year-end 2022, the Debtor had a negative equity value of approximately $549,300.

25.    Ultimately, an involuntary petition for bankruptcy relief was filed against the Debtor, with Blue Orchid—an affiliate of Scoutpads—acting as one of the petitioning creditors.

**C.  Plaintiff's Standing to Prosecute this Action**

26.    After entry of the Order for Relief, the Trustee began his investigation into the business and financial affairs of the Debtor, and identified numerous recipients of potentially avoidable transfers of property belonging to the Debtor.

27.    On June 14, 2024, the Court entered an order authorizing the Trustee to sell and assign any and all claims held by the Debtor's bankruptcy estate to Blue Orchid or its designee—which

designee is All Claims Recovery Group, LLC. See Order Granting Chapter 7 Trustee's Motion for

an Order Approving Sale and Settlement of Claims [Bk. Doc. 205] (the "Sale Order").

28.   Accordingly, the Plaintiff has standing to pursue these claims for the ultimate benefit of

the Debtor's estate, which estate is comprised of the numerous investors defrauded by the Debtor,

among others.

**D.  <u>Defendants' Relationship with the Debtor and Transfers Received</u>**

29.   Plaintiff is informed and believes, and based thereon alleges, that BBJ received, or was

the direct and intended beneficiary of, transfers from the Debtor totaling at least $30,000 as detailed

in Exhibit 1, within 4 years of the Petition Date ("BBJ Transfers"). Mr. Amar is either a subsequent

transferee of the BBJ Transfers or the person for whose benefit the BBJ Transfers were made.

30.   Plaintiff is informed and believes, and based thereon alleges, that Shuki Inc received, or

was the direct and intended beneficiary of, transfers from the Debtor totaling at least $34,000 as

detailed in Exhibit 2, within 90 days of the Petition Date ("Shuki Transfers").

31.   Mr. Amar and/or Ms. Richards were each either a subsequent transferee of the Shuki

Transfers or the person for whose benefit the Shuki Transfers were made.

32.   Plaintiff is informed and believes, and based thereon alleges, that J&S received, or was

the direct and intended beneficiary of, transfers from the Debtor totaling at least $ $265,446.00 as

detailed in Exhibit 3, within 2 years of the Petition Date ("2 Year J&S Transfers").

33.   Plaintiff is further informed and believes, and based thereon alleges, that J&S received

or was the direct and intended beneficiary of, additional transfers from the Debtor totaling at least

$2,496,259.04 as detailed in Exhibit 3, between 2 and 4 years preceding the Petition Date ("4 Year

J&S Transfers" and collectively with the 2 Year J&S Transfers, the "J&S Transfers"), bringing the

J&S Transfers total to $2,761,705.04.

34.   Mr. Amar is either a subsequent transferee of the J&S Transfers or the person for whose

benefit the J&S Transfers were made.

35.   Plaintiff is informed and believes, and based thereon alleges, that Smart Attorneys

received, or was the direct and intended beneficiary of, transfers from the Debtor totaling at least

1   $176,400.00 as detailed in Exhibit 4, within 4 years of the Petition Date ("Smart Attorneys

2   Transfers").

3         36.    Mr. Amar and/or Ms. Richards were each either a subsequent transferee of the Smart

4   Attorneys Transfers or the person for whose benefit the Smart Attorneys Transfers were made.

5         37.    Plaintiff is informed and believes, and based thereon alleges, that Universe received,  or

6   was the direct and intended beneficiary of, transfers from the Debtor totaling at least $177,500.00 as

7   detailed in Exhibit 5, within 2 years of the Petition Date ("2 Year Universe Transfers").

8         38.    Plaintiff is informed and believes, and based thereon alleges, that Universe received, or

9   was the direct and intended beneficiary of, transfers from the Debtor totaling at least $34,800.00 as

10  detailed in Exhibit 5, between 2 and 4 years preceding the Petition Date ("4 Year Universe

11  Transfers," and collectively with the 2 Year Universe Transfers, the "Universe Transfers"), brining

12  the total Universe Transfers to $212,300.00.

13        39.    Mr. Amar and/or Ms. Richards were each either a subsequent transferee of the Universe

14  Transfers or the person for whose benefit the Universe Transfers were made.

15        40.    Plaintiff is informed and believes, and based thereon alleges, that DAW received, or

16  was the direct and intended beneficiary of, transfers from the Debtor totaling at least $2,604,000.00

17  as detailed in Exhibit 6, within 2 years of the Petition Date ("2 Year DAW Transfers," together with

18  the 2 Year J&S Transfers, the 2 Year Shuki Transfers, and the 2 Year Universe Transfers, the "2

19  Year Transfers").

20        41.    Plaintiff is informed and believes, and based thereon alleges, that DAW received, or

21  was the direct and intended beneficiary of transfers from the Debtor totaling at least $1,585,750.00

22  as detailed in Exhibit 6, between 2 and 4 years preceding the Petition Date ("4 Year DAW

23  Transfers," and collectively with the 2 Year DAW Transfers, the "DAW Transfers"), bringing the

24  DAW Transfers to $4,189,750.00.

25        42.    Mr. Amar and/or Ms. Richards were each either a subsequent transferee of the DAW

26  Transfers or the person for whose benefit the DAW Transfers were made.

27        43.    The Debtor paid third parties for services that benefited the Defendants and/or made

28  loan or mortgage payments to the Defendants or for properties owned by the Defendants. The

Defendants were the beneficiaries of these services paid for and payments made by the Debtor (collectively, the "Beneficial Transfers," and together with the Entity Transfers, the "Transfers"), but did not provide value to the Debtor in exchange for the Beneficial Transfers.  The Plaintiff seeks to recover the monetary value of the Beneficial Transfers by this Complaint in an amount according to proof at trial.

44.   Plaintiff is informed and believes, and based thereon alleges, that the Debtor did not receive reasonably equivalent value in exchange for the Transfers.

45.   Several of the wire transfers evidencing the Transfers reference properties owned by third parties and in which Debtor never had a recorded ownership interest.

46.   To the extent that the Defendants or any person or entity on the Defendants' behalf performed services in exchange for the Transfers, those services were for the benefit of third parties and not for the Debtor.

**<u>FIRST CLAIM FOR RELIEF</u>**

**For Avoidance and Recovery of Fraudulent Transfers (Actual Fraud) Against All Defendants**

**[11 U.S.C. §§ 544, 548 and California Civil Code §§ 3439.04(a)(1) and 3439.07]**

47.   Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint as if fully set forth herein.

48.   Plaintiff is informed and believes and thereon alleges that during the four-year period immediately preceding the Petition Date, the Debtor made the Transfers to Defendants, on the dates and in the amounts set forth herein with the actual intent to delay, hinder or defraud the Debtor's creditors.

49.   Plaintiff is further informed and believes and thereon alleges that during the two-year period immediately preceding the Petition Date, the Debtor made the 2 Year Transfers to Defendants, on the dates and in the amounts set forth herein with the actual intent to delay, hinder or defraud the Debtor's creditors.

50.   By reason of the foregoing, the Transfers are avoidable pursuant to 11 U.S.C. §§ 544, 548 and/or Civil Code § 3439.04(a)(1) and 3439.07.

/ / /

**SECOND CLAIM FOR RELIEF**

**For Avoidance and Recovery of Fraudulent Transfers (Constructive Fraud) Against All Defendants**

**[11 U.S.C. §§ 544 and 548 and California Civil Code §§ 3439.04(a)(2) or and 3439.07]**

51.   Plaintiff realleges each and every allegation contained in the preceding paragraphs of this Complaint and by this reference incorporates said allegations as though set forth fully herein.

52.   Plaintiff is informed and believes and thereon alleges that during the four-year period immediately preceding the Petition Date Debtor made the Transfers listed herein to Defendants. Each of the Transfers made during the four-year period immediately preceding the Petition Date was made without Debtor receiving a reasonably equivalent value in exchange for such transfer and: (i) at a time when Debtor was insolvent or as a result of which Debtor became insolvent; or (ii) at a time that Debtor was engaged in a business or a transaction, or was about to engage in a business or a transaction, for which any property remaining with Debtor was an unreasonably small capital; or (iii) at a time when Debtor intended to incur, or believed or should reasonably have believed that Debtor would incur, debts that would be beyond Debtor's ability to pay as such debts matured.

53.   By virtue of the foregoing, the Plaintiff may avoid the Transfers as fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 548 and/or California Civil Code §§ 3439.04(a)(2) and 3439.07.

**THIRD CLAIM FOR RELIEF**

**For Avoidance and Recovery of Preferential Transfers Against**

**Defendants Shuki Inc and DAW**

**[11 U.S.C. § 547]**

54.   Plaintiff realleges each and every allegation contained in the preceding paragraphs of this Complaint and by this reference incorporates said allegations as though set forth fully herein.

55.   The Plantiff is informed and believes and based thereon alleges that, within the 90 days preceding the Petition Date, Shuki Inc received $34,000, as detailed in Exhibit 2 and DAW received $5,000, as detailed in Exhibit 5 (together, the "Preferential Transfers").

56.   Each of the Preferential Transfers, constitutes a "transfer" within the meaning of 11 U.S.C. §101(54) of the Bankruptcy Code.

57.   In the alternative, the Plaintiff alleges that the Preferential Transfers were made for the benefit of a creditor of the Debtor.

58.   The Plaintiff alleges that the Preferential Transfers were made for or on account of an antecedent debt owed by the Debtor before each of the Preferential Transfers were made.

59.   The Plaintiff alleges that the Debtor made the Preferential Transfers while the Debtor was insolvent.

60.   Pursuant to 11 U.S.C. §547(f) a debtor is presumed to be insolvent within the ninety days preceding the filing of a petition for relief.

61.   The Plaintiff alleges that the Preferential Transfers were made within the ninety days preceding the Petition Date.

62.   The Plaintiff alleges that as a result of the Preferential Transfers, the Shuki Inc and DAW each received more than they would have received if: (i) the Bankruptcy Case was a case under chapter 7 of the Bankruptcy Code; (ii) the Preferential Transfers had not been made; and (iii) the Shuki Inc and DAW received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

63.   By virtue of the foregoing, the Plaintiff may avoid the Transfers as preferential transfers pursuant to 11 U.S.C. § 547.

**FOURTH CLAIM FOR RELIEF**

**Recovery of Avoided Transfers Against Defendants**

**[11 U.S.C. §§ 544, 550(a)(1) and (2) and California Civil Code § 3439.07]**

64.   Plaintiff realleges each and every allegation contained in the preceding paragraphs of this Complaint and by this reference incorporates said allegations as though set forth fully herein.

65.   By reason of the foregoing, Plaintiff is entitled to recover for the benefit of the Estate the Transfers from Defendants pursuant to 11 U.S.C. §§ 544, 550(a), and/or California Civil Code § 3439.07.

/ / /

/ / /

/ / /

# FIFTH CLAIM FOR RELIEF

## Claim Disallowance Against Defendants

### [11 U.S.C. § 502]

66.    Plaintiff realleges each and every allegation contained in the preceding paragraphs of this Complaint and by this reference, incorporates said allegations as though set forth fully herein.

67.    Each Defendant is a transferee of transfers avoidable under Sections 544, 547, or 548 of the Bankruptcy Code and is an entity from whom property is recoverable under Section 550 of the Bankruptcy Code.

68.    Each Defendant has not paid the amount of the transfers for which that Defendant is liable under Section 550 of the Bankruptcy Code.

69.    Pursuant to 11 U.S.C. § 502(d), any and all Claims of the Defendants against the Debtor's Estate must be disallowed until such time as Defendants pay to Plaintiff an amount equal to the aggregate amount of all the Transfers, plus interest thereon and costs.

70.    Pursuant to 11 U.S.C. § 502(j), any and all Claims of the Defendants, and/or their assignee, against the Debtor's Estate previously allowed by the Debtor or the Trustee, must be reconsidered and disallowed until such time as the Defendants pay to the Plaintiff an amount equal to the aggregate amount of all the Transfers, plus interest thereon and costs.

# SIXTH CLAIM FOR RELIEF

## Unjust Enrichment Against All Defendants

71.    Plaintiff realleges each and every allegation contained in the preceding paragraphs of this Complaint and by this reference, incorporates said allegations as though set forth fully herein.

72.    On information and belief, the Debtor conferred a benefit on each of the Defendants by paying the Transfers and/or paying for services that ultimately benefited the Defendants.

73.    The Entity Defendants have accepted or retained the benefits conferred upon them by the Debtor.

74.    Mr. Amar and Ms. Richards caused the Entity Defendants to receive and retain the benefits conferred upon them by the Debtor and themselves received benefits from these transfers as a result of their ownership and/or control of the Entity Defendants.

1    75.    Defendants' receipt and retention of the Transfers or the services is inequitable and

2    unjust without paying the Debtor what is owed on account of those Transfers or services.

3    76.    Accordingly, the Defendants should pay the above sums to the Debtor for the benefits

4    unjustly conferred to those Defendants.

5    **<u>PRAYER FOR RELIEF</u>**

6    WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

7    A.    On the First Claim for Relief, that the Transfers be avoided for the benefit of the

8    Estate;

9    B.    On the Second Claim for Relief, that the Transfers be avoided for the benefit of the

10    Estate;

11    C.    On the Third Claim for Relief, that the Preferential Transfers be avoided for the

12    benefit of the Estate;

13    D.    On the Fourth Claim for Relief, to recover the value of the Preferential Transfers

14    and/or the Transfers, from Defendants, for the benefit of the Estate, in the combined amount of

15    $7,404,155.04, plus additional amounts to be proven at trial, plus interest at the maximum legal rate

16    from the date of the Transfers, or such other amount as shall be shown by proof at trial;

17    E.    On the Fifth Claim for Relief, for disallowance of Defendants' Claims against the

18    Debtor;

19    F.    On the Sixth Claim for Relief, for recovery of the benefits conferred, in an amount to

20    be proved at trial, and in at least the amount of the Transfers, for the benefit of the Estate;

21    / / /

22    / / /

23    / / /

24

25

26

27

28

13

G.      As to All Claims for Relief, the Plaintiff reserves the right to amend according to proof at the time of trial, and seeks:

      i.    Pre-judgment interest and post-judgment interest;

      ii.    Punitive and exemplary damages for all claims for which such damages may be awarded under applicable law;

      iii.    Reasonable attorneys' fees and costs permitted under applicable law; and

      iv.    Such other and further relief as is just and proper.

DATED:  January 31, 2025                              BG LAW LLP

                                                     By: /s/ Ashley M. Teesdale
                                                       Jason B. Komorsky
                                                       Jessica L. Bagdanov
                                                       Ashley M. Teesdale
                                                     Attorneys for All Claims Recovery Group LLC

# EXHIBIT 1

**Exhibit 1**

**Transfers**

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Wire or ACH | $5,000.00 | 7/1/2019 | Billionaire Business Jets Inc. | |
| 9844 | Check | $5,000.00 | 7/3/19 | Billionaire Business Jets Inc. | 1441 |
| 9844 | Wire or ACH | $10,000.00 | 7/11/2019 | Billionaire Business Jets Inc. | |
| 9844 | Check | $5,000.00 | 7/12/19 | Billionaire Business Jets Inc. | 1449 |
| 9844 | Check | $5,000.00 | 7/19/19 | Billionaire Business Jets Inc. | 1464 |

| | |
|---|---|
| **90-Day Total** | $0.00 |
| **1-Year Total** | $0.00 |
| **2-Year Total** | $0.00 |
| **4-Year Total** | $30,000.00 |

# EXHIBIT 2

**Exhibit 2**

**Transfers**

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Wire or ACH | $11,000.00 | 10/14/22 | Shuki International | |
| 9844 | Wire or ACH | $5,000.00 | 10/26/22 | Shuki International | |
| 9844 | Wire or ACH | $7,000.00 | 10/27/22 | Shuki International | |
| 9844 | Wire or ACH | $11,000.00 | 11/1/22 | Shuki International | |
| | | | | | |
| **90-Day Total** | | $34,000.00 | | | |
| **1-Year Total** | | $34,000.00 | | | |
| **2-Year Total** | | $34,000.00 | | | |
| **4-Year Total** | | $34,000.00 | | | |

# EXHIBIT 3

## Exhibit 3
## Transfers

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Check | $5,000.00 | 8/8/2019 | J&S Real Estate Investments Inc. | 1493 |
| 9844 | Check | $5,000.00 | 8/19/2019 | J&S Real Estate Investments Inc. | 1503 |
| 9844 | Check | $5,000.00 | 8/23/19 | J&S Real Estate Investments Inc. | 1521 |
| 9844 | Check | $5,000.00 | 8/26/19 | J&S Real Estate Investments Inc. | 1523 |
| 9844 | Check | $5,000.00 | 8/27/19 | J&S Real Estate Investments Inc. | 1504 |
| 9844 | Check | $5,000.00 | 8/29/19 | J&S Real Estate Investments Inc. | 1532 |
| 9844 | Check | $10,000.00 | 8/30/19 | J&S Real Estate Investments Inc. | 1542 |
| 9844 | Check | $10,000.00 | 9/6/19 | J&S Real Estate Investments Inc. | 1599 |
| 9844 | Check | $13,500.00 | 9/11/19 | J&S Real Estate Investments Inc. | 1604 |
| 9844 | Check | $5,000.00 | 9/16/19 | J&S Real Estate Investments Inc. | 1617 |
| 9844 | Check | $5,000.00 | 9/20/19 | J&S Real Estate Investments Inc. | 1631 |
| 9844 | Check | $5,000.00 | 9/23/19 | J&S Real Estate Investments Inc. | 1634 |
| 9844 | Check | $5,000.00 | 9/27/19 | J&S Real Estate Investments Inc. | 1641 |
| 9844 | Check | $5,000.00 | 10/3/19 | J&S Real Estate Investments Inc. | 1659 |
| 9844 | Check | $5,000.00 | 10/8/19 | J&S Real Estate Investments Inc. | 1675 |
| 9844 | Check | $5,000.00 | 10/11/19 | J&S Real Estate Investments Inc. | 1689 |
| 9844 | Check | $5,000.00 | 10/16/19 | J&S Real Estate Investments Inc. | 1699 |
| 9844 | Check | $600.00 | 10/16/19 | J&S Real Estate Investments Inc. | 1700 |
| 9844 | Check | $5,000.00 | 10/18/19 | J&S Real Estate Investments Inc. | 1707 |
| 9844 | Check | $1,000.00 | 10/25/19 | J&S Real Estate Investments Inc. | 1548 |
| 9844 | Check | $5,000.00 | 10/28/19 | J&S Real Estate Investments Inc. | 1549 |
| 9844 | Check | $5,000.00 | 10/28/19 | J&S Real Estate Investments Inc. | 1551 |
| 9844 | Check | $5,000.00 | 10/28/19 | J&S Real Estate Investments Inc. | 1552 |
| 9844 | Wire or ACH | $20,000.00 | 11/1/19 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $5,000.00 | 11/1/19 | J&S Real Estate Investments Inc. | 1560 |
| 9844 | Check | $5,000.00 | 11/7/19 | J&S Real Estate Investments Inc. | 1574 |
| 9844 | Check | $13,500.00 | 11/15/19 | J&S Real Estate Investments Inc. | 1716 |
| 9844 | Check | $5,000.00 | 11/15/19 | J&S Real Estate Investments Inc. | 1717 |
| 9844 | Check | $10,000.00 | 11/19/19 | J&S Real Estate Investments Inc. | 1722 |
| 9844 | Check | $20,000.00 | 11/20/19 | J&S Real Estate Investments Inc. | 1736 |
| 9844 | Check | $5,000.00 | 11/21/19 | J&S Real Estate Investments Inc. | 1742 |
| 9844 | Check | $1,500.00 | 11/21/19 | J&S Real Estate Investments Inc. | 1743 |
| 9844 | Check | $5,000.00 | 11/21/19 | J&S Real Estate Investments Inc. | 1744 |
| 9844 | Check | $5,000.00 | 11/22/19 | J&S Real Estate Investments Inc. | 1747 |
| 9844 | Check | $5,800.00 | 11/26/19 | J&S Real Estate Investments Inc. | 1754 |
| 9844 | Check | $5,000.00 | 11/26/19 | J&S Real Estate Investments Inc. | 1755 |
| 9844 | Check | $10,000.00 | 11/27/19 | J&S Real Estate Investments Inc. | 1761 |
| 9844 | Check | $15,000.00 | 12/4/19 | J&S Real Estate Investments Inc. | 1787 |

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Check | $15,000.00 | 12/6/19 | J&S Real Estate Investments Inc. | 1791 |
| 9844 | Check | $5,000.00 | 12/11/19 | J&S Real Estate Investments Inc. | 1291 |
| 9844 | Check | $5,000.00 | 12/12/19 | J&S Real Estate Investments Inc. | 1296 |
| 9844 | Wire or ACH | $5,000.00 | 12/17/19 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 12/18/19 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $10,000.00 | 12/23/19 | J&S Real Estate Investments Inc. | 3031 |
| 9844 | Wire or ACH | $5,000.00 | 12/27/19 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 1/2/2020 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 1/7/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 1/10/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $5,000.00 | 1/13/2020 | J&S Real Estate Investments Inc. | 3081 |
| 9844 | Wire or ACH | $5,000.00 | 1/16/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $10,000.00 | 1/17/2020 | J&S Real Estate Investments Inc. | 3055 |
| 9844 | Wire or ACH | $70,000.00 | 1/21/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 1/23/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,500.00 | 1/30/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $7,821.00 | 2/5/2020 | J&S Real Estate Investments Inc. | 3099 |
| 9844 | Wire or ACH | $10,000.00 | 2/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 2/11/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 2/13/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $13,500.00 | 2/13/2020 | J&S Real Estate Investments Inc. | 3106 |
| 9844 | Wire or ACH | $20,000.00 | 2/14/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $30,000.00 | 2/18/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $5,000.00 | 2/18/2020 | J&S Real Estate Investments Inc. | 3104 |
| 9844 | Check | $5,000.00 | 2/18/2020 | J&S Real Estate Investments Inc. | 3118 |
| 9844 | Wire or ACH | $10,000.00 | 2/19/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $5,000.00 | 2/20/2020 | J&S Real Estate Investments Inc. | 3116 |
| 9844 | Wire or ACH | $40,000.00 | 2/21/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $20,000.00 | 2/21/2020 | J&S Real Estate Investments Inc. | 3123 |
| 9844 | Wire or ACH | $10,000.00 | 2/27/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 2/27/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $15,000.00 | 2/27/2020 | J&S Real Estate Investments Inc. | 3130 |
| 9844 | Wire or ACH | $20,000.00 | 2/28/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 3/2/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 3/3/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $40,000.00 | 3/4/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 3/5/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $4,484.04 | 3/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 3/10/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 3/10/20 | J&S Real Estate Investments Inc. | N/A |

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Wire or ACH | $5,000.00 | 3/10/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 3/11/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 3/12/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $40,000.00 | 3/12/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 3/16/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 3/17/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 3/18/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $50,000.00 | 3/19/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 3/20/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $50,000.00 | 3/24/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $30,000.00 | 3/26/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 3/30/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $75,000.00 | 3/31/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 4/8/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 4/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 4/14/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 4/16/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $3,500.00 | 4/21/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 4/22/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/22/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/23/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 4/24/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/28/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $40,000.00 | 4/30/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 4/30/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $7,500.00 | 5/1/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 5/4/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 5/5/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $40,000.00 | 5/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 5/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 5/7/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 5/7/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $10,000.00 | 5/8/2020 | J&S Real Estate Investments Inc. | 3253 |
| 9844 | Wire or ACH | $20,000.00 | 5/12/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $30,000.00 | 5/14/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 5/14/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $10,000.00 | 5/15/2020 | J&S Real Estate Investments Inc. | 3233 |
| 9844 | Wire or ACH | $20,000.00 | 5/19/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $35,000.00 | 5/21/20 | J&S Real Estate Investments Inc. | N/A |

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Check | $10,000.00 | 5/26/2020 | J&S Real Estate Investments Inc. | 3235 |
| 9844 | Wire or ACH | $20,000.00 | 5/27/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 6/1/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 6/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 6/10/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 6/11/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 6/12/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 6/15/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 6/18/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 6/18/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 6/19/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 6/19/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 6/23/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 6/23/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $50,000.00 | 6/24/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 6/25/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 6/25/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 6/29/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 6/30/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/1/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 7/2/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/2/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 7/3/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 7/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/7/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $50,000.00 | 7/8/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 7/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 7/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 7/15/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $100,000.00 | 7/17/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $60,000.00 | 7/17/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 7/20/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/21/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 7/22/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $40,000.00 | 7/22/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 7/23/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/24/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 7/24/20 | J&S Real Estate Investments Inc. | N/A |

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Wire or ACH | $15,000.00 | 7/28/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $5,000.00 | 7/31/2020 | J&S Real Estate Investments Inc. | 3297 |
| 9844 | Wire or ACH | $10,000.00 | 8/3/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 8/6/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 8/7/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $35,000.00 | 8/10/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 8/19/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $15,000.00 | 8/21/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $18,000.00 | 8/24/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 8/25/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 8/26/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 8/28/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/3/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 9/4/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $8,000.00 | 9/8/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $13,500.00 | 9/14/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/17/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/24/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $20,000.00 | 10/7/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 10/9/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 10/16/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 10/20/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $30,000.00 | 10/23/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 11/4/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $5,000.00 | 11/5/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $18,500.00 | 11/27/20 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 1/19/21 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $1,000.00 | 1/22/21 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $10,000.00 | 2/1/21 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Wire or ACH | $25,000.00 | 2/26/21 | J&S Real Estate Investments Inc. | N/A |
| 9844 | Check | $5,000.00 | 3/4/2021 | J&S Real Estate Investments Inc. | 3656 |
| 9844 | Wire or ACH | $20,000.00 | 3/18/21 | J&S Real Estate Investments Inc. | N/A |

| | |
|---|---|
| **90-Day Total** | $0 |
| **1-Year Total** | $0 |
| **2-Year Total** | $265,446.00 |
| **4-Year Total** | $2,761,705.04 |

# EXHIBIT 4

## Exhibit 4
## Transfers

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Check | $1,400.00 | 12/10/18 | Smart Attorneys Inc. | 1105 |
| 9844 | Wire or ACH | $18,000.00 | 12/19/2018 | Smart Attorneys Inc | |
| 9844 | Check | $6,000.00 | 12/19/18 | Smart Attorneys Inc. | 1116 |
| 9844 | Wire or ACH | $50,000.00 | 1/16/2019 | Smart Attorneys Inc | |
| 9844 | Check | $5,000.00 | 1/18/19 | Smart Attorneys Inc. | 1159 |
| 9844 | Check | $5,000.00 | 3/1/19 | Smart Attorneys Inc. | 1088 |
| 9844 | Check | $2,500.00 | 3/7/19 | Smart Attorneys Inc. | 1081 |
| 9844 | Check | $5,000.00 | 3/15/19 | Smart Attorneys Inc. | 1064 |
| 9844 | Check | $2,500.00 | 3/27/19 | Smart Attorneys Inc. | 1201 |
| 9844 | Check | $2,500.00 | 3/29/19 | Smart Attorneys Inc. | 1235 |
| 9844 | Check | $5,000.00 | 4/5/19 | Smart Attorneys Inc. | 1246 |
| 9844 | Check | $4,000.00 | 4/15/19 | Smart Attorneys Inc. | 1255 |
| 9844 | Check | $5,000.00 | 5/3/19 | Smart Attorneys Inc. | 1303 |
| 9844 | Check | $5,000.00 | 5/16/19 | Smart Attorneys Inc. | 1325 |
| 9844 | Check | $5,000.00 | 5/23/19 | Smart Attorneys Inc. | 1340 |
| 9844 | Check | $5,000.00 | 5/30/19 | Smart Attorneys Inc. | 1351 |
| 9844 | Wire or ACH | $5,000.00 | 6/7/19 | Smart Attorneys Inc | |
| 9844 | Wire or ACH | $10,000.00 | 6/18/2019 | Smart Attorneys Inc | |
| 9844 | Check | $5,000.00 | 6/20/19 | Smart Attorneys Inc. | 1394 |
| 9844 | Wire or ACH | $6,500.00 | 6/28/2019 | Smart Attorneys Inc. | |
| 9844 | Check | $5,000.00 | 7/3/19 | Smart Attorneys Inc. | 1436 |
| 9844 | Wire or ACH | $18,000.00 | 12/19/2019 | Smart Attorneys Inc | |

| | |
|---|---|
| **90-Day Total** | $0.00 |
| **1-Year Total** | $0.00 |
| **2-Year Total** | $0.00 |
| **4-Year Total** | $176,400.00 |

**26**

# EXHIBIT 5

**Exhibit 5**
**Transfers**

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Check | $7,800.00 | 8/14/19 | Universe Inc. | 1501 |
| 9844 | Check | $13,500.00 | 10/15/19 | Universe Inc. | 1694 |
| 9844 | Check | $13,500.00 | 12/11/19 | Universe Inc. | 1292 |
| 9844 | Wire or ACH | $100,000.00 | 3/2/21 | Universe Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 3/3/21 | Universe Inc | N/A |
| 9844 | Wire or ACH | $14,000.00 | 3/8/21 | Universe Inc | N/A |
| 9844 | Wire or ACH | $13,500.00 | 3/8/2021 | Universe Inc | N/A |

| | | | |
|---|---|---|---|
| **90-Day Total** | $0 | | 8/30/2022 |
| **1-Year Total** | $0 | | 11/28/2021 |
| **2-Year Total** | $177,500.00 | | 11/28/2020 |
| **4-Year Total** | $212,300.00 | | 11/28/2018 |

# EXHIBIT 6

**Exhibit 6**
**Transfers**

| Bank Account | Type | Amount | Date | Recipient | Check Number |
|---|---|---|---|---|---|
| 9844 | Wire or ACH | $7,500.00 | 11/4/19 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 12/10/19 | DAW Real Estate Inc | N/A |
| 9844 | Check | $15,000.00 | 12/18/19 | DAW Real Estate Inc. | 3008 |
| 9844 | Check | $15,000.00 | 7/9/2020 | DAW Real Estate Inc | 3276 |
| 9844 | Wire or ACH | $100,000.00 | 7/29/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $150,000.00 | 8/4/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $70,000.00 | 8/5/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 8/6/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 8/7/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $17,600.00 | 8/10/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $200,000.00 | 8/17/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 8/17/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 8/18/20 | DAW Real Estate Inc | N/A |
| 9844 | Check | $5,000.00 | 8/25/2020 | DAW Real Estate Inc | 3393 |
| 9844 | Wire or ACH | $145,000.00 | 8/27/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 8/28/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $15,000.00 | 9/2/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 9/4/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $40,000.00 | 9/4/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $15,000.00 | 9/8/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 9/9/20 | DAW Real Estate Inc | N/A |
| 9844 | Check | $10,000.00 | 9/10/2020 | DAW Real Estate Inc | 3421 |
| 9844 | Wire or ACH | $10,000.00 | 9/11/20 | DAW Real Estate Inc | N/A |
| 9844 | Check | $10,000.00 | 9/18/2020 | DAW Real Estate Inc | 3443 |
| 9844 | Wire or ACH | $18,000.00 | 9/22/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $26,000.00 | 9/25/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 9/29/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 9/30/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 10/1/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 10/2/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 10/5/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 10/6/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $24,150.00 | 10/13/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 10/15/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 10/19/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 10/20/20 | DAW Real Estate Inc | N/A |
| 9844 | Check | $50,000.00 | 10/29/2020 | DAW Real Estate Inc | 3470 |
| 9844 | Wire or ACH | $19,000.00 | 11/3/20 | DAW Real Estate Inc | N/A |

| 9844 | Wire or ACH | $13,500.00 | 11/10/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 11/17/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 11/19/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 11/20/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 11/24/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 11/25/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $70,000.00 | 11/27/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 12/1/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $14,000.00 | 12/1/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 12/4/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $13,500.00 | 12/11/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $13,500.00 | 12/11/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 12/18/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 12/23/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 12/29/20 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 1/4/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $10,000.00 | 1/7/2021 | DAW Real Estate Inc | 3565 |
| 9844 | Wire or ACH | $13,500.00 | 1/11/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 1/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 1/26/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 2/1/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $14,000.00 | 2/1/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 2/3/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $34,000.00 | 2/4/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $80,000.00 | 2/5/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 2/5/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $40,000.00 | 2/8/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $14,000.00 | 2/9/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $13,500.00 | 2/9/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $11,000.00 | 2/10/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 2/10/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 2/12/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 2/16/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $15,000.00 | 2/18/2021 | DAW Real Estate Inc | 3634 |
| 9844 | Wire or ACH | $30,000.00 | 2/23/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $40,000.00 | 2/24/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $25,000.00 | 3/1/2021 | DAW Real Estate Inc | 3655 |
| 9844 | Wire or ACH | $50,000.00 | 3/2/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 3/3/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $27,000.00 | 3/5/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $27,000.00 | 3/8/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $11,000.00 | 3/9/21 | DAW Real Estate Inc | N/A |

| 9844 | Wire or ACH | $20,000.00 | 3/10/21 | DAW Real Estate Inc | N/A |
|------|-------------|------------|---------|---------------------|-----|
| 9844 | Wire or ACH | $20,000.00 | 3/11/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $19,000.00 | 3/12/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $15,000.00 | 3/15/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 3/15/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 3/16/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 3/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 3/30/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/1/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 4/2/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 4/7/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 4/12/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/14/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $20,000.00 | 4/14/2021 | DAW Real Estate Inc | 3683 |
| 9844 | Wire or ACH | $50,000.00 | 4/16/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $85,000.00 | 4/16/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $21,000.00 | 4/20/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/20/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 4/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $33,000.00 | 4/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $33,000.00 | 4/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/30/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 4/30/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $20,000.00 | 5/6/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $11,000.00 | 5/7/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $13,500.00 | 5/11/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 5/13/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 5/20/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 5/27/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $10,000.00 | 6/16/2021 | DAW Real Estate Inc | 3706 |
| 9844 | Wire or ACH | $5,000.00 | 6/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 6/22/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 6/29/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 7/1/2021 | DAW Real Estate Inc | N/A |
| 9844 | Check | $11,000.00 | 7/2/2021 | DAW Real Estate Inc | 3719 |
| 9844 | Check | $13,500.00 | 7/7/2021 | DAW Real Estate Inc | 3767 |
| 9844 | Wire or ACH | $15,000.00 | 7/9/2021 | DAW Real Estate Inc | N/A |
| 9844 | Check | $5,000.00 | 7/9/2021 | DAW Real Estate Inc | 3772 |
| 9844 | Wire or ACH | $25,000.00 | 7/14/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $35,000.00 | 7/16/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 7/19/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 7/20/2021 | DAW Real Estate Inc | N/A |

| 9844 | Wire or ACH | $50,000.00 | 7/21/2021 | DAW Real Estate Inc | N/A |
|------|-------------|------------|-----------|---------------------|-----|
| 9844 | Wire or ACH | $60,000.00 | 7/21/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 7/22/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $50,000.00 | 7/22/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 7/26/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $55,000.00 | 7/29/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 7/30/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $11,000.00 | 8/2/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $75,000.00 | 8/4/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $3,000.00 | 8/4/2021 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 8/10/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $100,000.00 | 8/12/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 8/12/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 8/16/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $13,500.00 | 8/18/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $25,000.00 | 8/20/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $22,000.00 | 8/20/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 8/23/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $15,000.00 | 8/23/2021 | DAW Real Estate Inc | 3708 |
| 9844 | Wire or ACH | $50,000.00 | 8/25/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 8/26/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $30,000.00 | 8/26/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $11,000.00 | 9/3/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/8/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/23/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/28/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $4,000.00 | 11/1/2021 | DAW Real Estate Inc | 3885 |
| 9844 | Wire or ACH | $3,000.00 | 11/2/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 11/2/21 | DAW Real Estate Inc | N/A |
| 9844 | Check | $13,500.00 | 11/16/2021 | DAW Real Estate Inc | 3897 |
| 9844 | Check | $10,000.00 | 11/24/2021 | DAW Real Estate Inc | 3905 |
| 9844 | Wire or ACH | $5,000.00 | 12/1/21 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 2/23/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 2/23/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $6,000.00 | 5/11/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $8,000.00 | 5/13/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 5/18/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 5/19/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 5/24/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $10,000.00 | 5/25/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 5/26/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $11,000.00 | 8/2/22 | DAW Real Estate Inc | N/A |

| 9844 | Wire or ACH | $4,000.00 | 8/2/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $8,000.00 | 8/22/22 | DAW Real Estate Inc | N/A |
| 9844 | Wire or ACH | $5,000.00 | 9/22/22 | DAW Real Estate Inc | N/A |

| | |
|---|---|
| **90-Day Total** | $5,000 |
| **1-Year Total** | $107,000.00 |
| **2-Year Total** | $2,604,000.00 |
| **4-Year Total** | $4,189,750.00 |